634 A.2d 517

STATE v. HAROLD GARCIA.

June 2, 1993.

ON PETITION FOR CERTIFICATION

Certification to the Superior Court, Law Division, is granted.

∎

634 A.2d 517

IN THE MATTER OF THE GUARDIANSHIP OF K.J.B. AND C.G.B.

August 5, 1993.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

∎

634 A.2d 517

FRED DE VESA, ACTING ATTORNEY GENERAL, ET AL. v. JOHN H. DORSEY, ET AL.

September 8, 1993.

ORDER

Direct certification is granted.